UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIE MICHELLE WASHINGTON, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>*Acting Commissioner of Social Security,* )<br>        Defendant. ) | **JUDGMENT**<br><br>Case No. 7:16-CV-392-BO |

**Decision by Court.**

This action came before United States District Judge Terrence W. Boyle for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED that this case is remanded to the Commissioner for review and hearing on the question of plaintiff's nonexertional limitations and how they impact the residual functional capacity finding. Plaintiff's psychiatric factors and conditions need to be addressed and resolved before a denial of benefits can be supported by substantial evidence. Plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the decision of the Commissioner is REMANDED for further proceedings.

This judgment filed and entered on January 31, 2018, with *electronic service* upon:
Michael Gray Gillespie, (via CM/ECF Notice of Electronic Filing)
James B. Gillespie, Jr., (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey, (via CM/ECF Notice of Electronic Filing)
Marc D. Epstein, (via CM/ECF Notice of Electronic Filing)

                                              **PETER A. MOORE, JR.,**
                                              **CLERK, U.S. DISTRICT COURT**

January 31, 2018                                   /s/ *Linda Downing*
                                                (By): Linda Downing, Deputy Clerk